UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:19-cv-00258-FL

| STATE FARM LIFE INSURANCE COMPANY | |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS F.R.C.P. 12(c)** |
| RAYMOND MOORE AND CHARLES BRANDON HUGHETT | |
| Defendants. | |

**THIS MATTER** coming on to be heard and being heard before the District Court Judge, upon the Plaintiff's Motion for Judgment on the Pleadings and the Court having read and considered the Motion, and it appearing to the Court that the Plaintiff filed a Motion for Judgment on the Pleadings on November 26, 2019, that Entry of Default had been entered against Defendant Charles Brandon Hughett on September 23, 2019, that neither Defendant has filed a response to the Motion for Judgment on the Pleadings and the Court is of the opinion that the Motion for Judgment on the Pleadings should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff State Farm Life Insurance Company's Motion for Judgment on the Pleadings is hereby granted and Plaintiff will pay the proceeds of the life insurance policy attached to the Complaint as Exhibit "A," to the Clerk of the District Court and upon payment of the proceeds to the Clerk of the District Court, the Plaintiff will be relieved from any further obligations under the policy attached to the Complaint as Exhibit "A," and the disbursement of the proceeds will be subject to a subsequent order of the Court.

This the 31st day of December, 2019.

_____ /s/ Louis W. Flanagan _____
United States District Court
Eastern District, Judge Presiding