IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:19 CV 00258 -FL

| STATE FARM LIFE INSURANCE CO., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR FINAL RELIEF AND DECLARATORY JUDGMENT** |
| RAYMOND MOORE AND CHARLES BRANDON HUGHETT, | ) | |
| Defendants. | ) | |

This matter having come before the Court on Defendant Raymond Moore's Motion for Final Relief and Declaratory Judgment, and the Court finding good cause to grant the same, it is hereby ORDERED that the July 25, 2016 beneficiary designation relating to State Farm Life Insurance Policy LF-1250-4572 has gone unchallenged, is valid, and upheld, and should be followed as a matter of law.

The clerk is DIRECTED to disburse the funds deposited by State Farm Life Insurance Company, plus any accrued interest, to defendant Raymond Moore.

SO ORDERED this the 8th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge